THE ATTORNEY-GENERAL *v.* THE CONTINENTAL LIFE INSURANCE COMPANY.

(Argued June 19, 1884; decided June 27, 1884.)

*John C. Keeler* for appellant.

*Lucius McAdam* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

IRVING C. COOPER et al., Respondents, *v.* WILLIAM JOLLY, Impleaded, etc., Appellant.

( Argued June 18, 1884 ; decided June 27, 1884.)

*Watson M. Rogers* for appellant.

*Charles W. Thompson* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., RAPALLO and EARL, JJ., dissenting.
Order affirmed.

PHILIP WEEKS, Respondent, *v.* WILLIAM H. CLARK et al., Appellants.

(Argued June 18, 1884 ; decided June 27, 1884.)

*Samuel Hand* for appellants.

*G. W. H. Zeglio* for respondent. ·

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.